**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| THOMSON CANADA LIMITED <br>    a corporation organized under the <br>    laws of Canada <br><br> AND <br><br> REUTERS LIMITED, <br>    a corporation organized under the <br>    laws of the United Kingdom, <br><br>          Plaintiffs, <br><br> v. <br><br> THOMSON-REUTERS.COM <br>    a domain name, <br><br>          Defendant. | Civil Action No. 1: 08CV472 <br> CHH/TRJ |

## VERIFIED COMPLAINT

Plaintiffs, Thomson Canada Limited and Reuters Limited, by their undersigned attorneys,

for their Verified Complaint against Defendant, THOMSON-REUTERS.COM, allege as follows

on knowledge as to themselves and on information and belief as to all other matters:

## INTRODUCTION

1.    This is an *in rem* action against the Internet domain name THOMSON-

REUTERS.COM (the "Domain Name"), brought under the federal Anticybersquatting Consumer

Protection Act, 15 U.S.C. § 1125(d), the federal trademark infringement law, 15 U.S.C. §

1114(1), the federal anti-dilution law, 15 U.S.C. § 1125(c), and the federal unfair competition

law, 15 U.S.C. § 1125(a). The case arises out of the unauthorized registration and use of the Domain Name which is confusingly similar to, dilutes and unfairly trades off Plaintiffs' corporate names and famous trademarks, including "THOMSON", "REUTERS", and their new name "THOMSON REUTERS." Plaintiffs seek an order directing the transfer of the Domain Name to a domain name registrar of their choice.

2. The Anticybersquatting Act explicitly allows trademark owners to proceed *in rem* against Internet domain names where, as here, the registrant has registered and used the domain name in bad faith, the Court lacks personal jurisdiction over the registrant, and the registry of the domain name is located in the United States.

3. The Domain Name has its situs in this District within the meaning of 15 U.S.C. § 1125(d)(2)(C). The registry for all ".com" domain names, including the Domain Name, is Verisign Global Registry Services, a division of VeriSign, Inc. ("VeriSign"), which is located in this District. VeriSign is required to deposit a registration certificate for the Domain Name into the Registry of the Court. Therefore, this Court will have complete control over the Domain Name, and VeriSign will be required to abide by this Court's order regarding transfer of the Domain Name.

### JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this matter by virtue of the fact that this is an action arising under the Trademark Act of 1946, as amended, 15 U.S.C. §§ 1051-1121 ("Lanham Act"), jurisdiction being conferred in accordance with 15 U.S.C. § 1125(d)(2)(A) and 28 U.S.C. § 1338(a) and (b). As described in more detail below, the registrant of the Domain Name resides in Korea and, upon information and belief, has had no contacts with the United States. As such, Plaintiffs are unable to obtain *in personam* jurisdiction over this individual.

-2-

Therefore, in accordance with 15 U.S.C. §§ 1125(d)(2)(A) and 1125(d)(2)(A)(ii)(I), the Plaintiffs are filing this civil action *in rem* against the Domain Name in the judicial district in which the domain name is located.

5.      Venue is proper in this judicial district under 28 U.S.C. § 1391(b) in that the Domain Name is deemed to be situated in the judicial district in which the domain name registry is located. 15 U.S.C. § 1125(d)(2)(B)(i). VeriSign, located in this District, is the exclusive registry for all domain names in the ".com" top-level domain, including the Domain Name.

### PARTIES

6.      Plaintiff, Thomson Canada Limited, is a corporation organized under the laws of Ontario, Canada with its principal place of business located at Suite 2706, P.O. Box 24, TD Bank Tower, 66 Wellington Street West, Toronto, Ontario M5K 1A1, Canada.

7.      Plaintiff, Reuters Limited, is a corporation organized under the laws of the United Kingdom with its principal place of business located at The Reuters Building, 3 Times Square, New York, NY 10036.

8.      Defendant Domain Name, THOMSON-REUTERS.COM, is a domain name listed in the registry operated by VeriSign.

### FACTS

9.      The Thomson Corporation[1] is a leading global provider of information-based solutions to business and professional customers. Thomson Finance S.A. and Plaintiff Thomson Canada Limited are both wholly owned subsidiaries of The Thomson Corporation. The

---

[1] On April 17, 2008, The Thomson Corporation was renamed Thomson Reuters Corporation.

Thomson Corporation, Thomson Finance S.A., and Thomson Canada Limited shall be referred to collectively as "Thomson."

10.     The THOMSON mark has been used extensively in print publications, the Internet, and in various other media since at least 1991. The Thomson Corporation has spent hundreds of thousands of dollars annually on various types of advertising involving the THOMSON mark.

11.     The THOMSON mark is a world-famous and well-respected mark. Thomson is the sole and exclusive owner of a number of registered trademarks throughout the world, including, but not limited to, the United Kingdom, India, Spain, Germany and Switzerland. The THOMSON mark has become extremely famous in the professional and business information industry worldwide and is among Thomson's most valuable assets.

12.     By reason of the extensive use and advertising of Thomson's services, the THOMSON mark has come to be recognized and relied upon by the trade and the public as identifying Thomson and its professional and business information services, and as distinguishing Thomson from others and the services of others.

13.     Thomson has an active presence on the Internet. The principal domain name currently registered and used by Thomson is THOMSON.COM. Thomson registered thomson.com with Network Solutions Inc. ("NSI") on July 29, 1993. Thomson also owns numerous other domain names incorporating the THOMSON mark, such as THOMSONFINANCIAL.COM and THOMSONSCIENTIFIC.COM.

14.     Reuters Limited is a wholly owned subsidiary of Reuters Group PLC. Reuters Limited and Reuters Group PLC will be referred to collectively as "Reuters." Reuters is a leading international news and financial information services group. It is also one of the largest

-4-

international news agencies in the world, serving both traditional and new media. Reuters owns the trademark registrations for the REUTERS mark.

15.     The REUTERS mark is among the most famous and well-respected marks in the world. The REUTERS mark has been used extensively in print since at least 1865, and has in more recent years been used extensively in the Internet and in various other media. Reuters is the sole and exclusive owner of a number of registered trademarks throughout the world, including, but not limited to, the United States, Korea, United Kingdom, Canada, Spain, France, Belgium, Luxembourg, Denmark, Switzerland, Austria, Germany, Italy and the European Union. The REUTERS mark has become extremely famous in the financial information and news services industry worldwide and is among Reuters' most valuable assets.

16.     On February 9, 1999, the United States Patent and Trademark Office issued a federal trademark registration (U.S. Reg. No. 2,222,475) to Reuters for its REUTERS mark. A copy of the U.S. Registration Certificate for the REUTERS mark is attached as Exhibit A.

17.     The REUTERS mark has been used extensively on television and the Internet, in newspapers and in various other media. Reuters also has spent many millions of dollars annually on various types of advertising involving the REUTERS mark.

18.     By reason of the extensive use and advertising of Reuters' services, the REUTERS mark has come to be recognized and relied upon by the trade and the public as identifying Reuters and its financial information and news services, and as distinguishing Reuters from others and the services of others.

19.     Reuters has an active presence on the Internet. The principal domain name currently registered and used by Reuters is REUTERS.COM. Reuters registered

REUTERS.COM with NSI on June 3, 1993. Reuters also owns numerous other domain names incorporating the REUTERS mark, such as REUTERS.NET and REUTERS.ORG.

20.     On May 4, 2007, Reuters announced that it had received a preliminary takeover approach from a third party, which was widely believed to be Thomson. *See* Press Release attached hereto as Exhibit B. Although Reuters did not disclose the name of the third party, it was widely speculated by various well-known news outlets that the third party was Thomson. *See* Printouts of various articles attached hereto as Exhibit C.

21.     In a joint press-release dated, May 8, 2007, Thomson and Reuters announced that they were in discussions to combine their respective businesses. *See* Press Release attached hereto as Exhibit D. Thomson and Reuters each filed an Implementation Agreement with the United States Securities & Exchange Commission on May 23, 2007 and May 24, 2007, respectively, related to Thomson's proposed acquisition of Reuters. *See* Implementation Agreement attached hereto as Exhibit E (the "Implementation Agreement"). Thomson closed its acquisition of Reuters in April 2008.

22.     Because Thomson has acquired Reuters and the name of the new company is "Thomson Reuters", Thomson and Reuters have a common interest in protecting their respective and joint property. The new name, "Thomson Reuters," is one of the most valuable assets of the new organization. Thomson filed an application for registration of the mark THOMSON-REUTERS with the United States Patent and Trademark Office ("U.S.P.T.O.") on December 7, 2007. A printout of the status of the application for the registration of the THOMSON-REUTERS from the U.S.P.T.O.'s Trademark Applications and Registrations Retrieval as of April, 2008 is attached as Exhibit F.

23. On May 5, 2007, the very next day after Reuters announced that it had received a preliminary takeover bid from a third party, the Domain Name was registered with the Korean registrar CyDentity, Inc. d/b/a CyPack.com (the "Registrar"). As shown by a database search conducted through WHOIS on April 16, 2008, a printout of which is attached as Exhibit G, the Domain Name is registered in the name of Kiwon Ann ("Ann"), an individual residing in Korea. The Domain Name was originally registered in the name of "Z. Digital". As shown by a database search conducted through WHOIS on October 31, 2007, a printout of which is attached as Exhibit H, "Z. Digital" used the same contact email address (zdigital@dreamwiz.com) as the current registrant, Ann. In an administrative proceeding brought by Thomson and Reuters against Ann in accordance with the Uniform Domain Name Dispute Resolution Policy ("UDRP"), Ann did not deny that "Z. Digital" and Ann were the same registrant. *See* Translation of Ann's January 7, 2008 Response to Complainant's UDRP Complaint, attached as Exhibit I. Ann has not provided the UDRP complainants with any evidence related to his purported acquisition of the Domain Name from Z Digital.

24. Upon information and belief, Z Digital registered the Domain Name on Ann's behalf and/or Z Digital and Ann are the same individual. Upon further information and belief, Ann is the *de facto* registrant of the Domain Name, and any transfer of the Domain Name from Z Digital to Ann likely was a sham transaction.[2] Even if Z Digital and Ann are not the same person, the timing of the registration of the Domain Name is evidence of the registrant's bad-faith intent to hijack Plaintiffs' new name.

_____

[2] The only verifiable piece of information that is required to register and subsequently transfer a ".com" domain name is a valid email address. There are no technical obstacles that would have prevented Ann from registering the Domain Name under an alias and later transferring it to himself.

-7-

25.    Upon information and belief, other than the fact that the registry that holds the Domain Name is based in Herndon, Virginia, Ann has had no direct contact with the United States.

26.    Ann is not actively using the Domain Name. The content on the website associated with the Domain Name (the "Website") consists of the statement "Welcome to Thomson-reuters.com" along with a picture of a stack of computer disks and the email address of Ann. *See* Printout of the Website dated May 9, 2008 a copy of which is attached hereto as Exhibit J.

27.    Ann's registration and misuse of the Domain Name led Reuters to send a demand letter dated October 12, 2007 (the "Demand Letter"). The Demand Letter stated unequivocally and with particularity that the registration and use of the Domain Name violated Reuters' legal rights. A copy of the Demand letter is attached hereto as Exhibit K.

28.    Ann did not respond to the Demand Letter.

29.    On December 3, 2007, after Ann refused to comply with the Demand Letter, Thomson and Reuters initiated a proceeding against Ann in the National Arbitration Forum ("NAF") in accordance with the UDRP. On February 5, 2008, the administrative panel in the UDRP proceeding issued a decision finding that the infringing Domain Name was registered in bad faith and ordering the Registrar to transfer the Domain Name to the complainants unless within 10 business days of the administrative panel's decision, Ann commenced legal proceedings in the home jurisdiction of the Registrar, in this case in South Korea. A copy of the panel's decision is attached as Exhibit L. On February 22, 2008, the Registrar notified Complainants that Ann had initiated an action against the UDRP complainants in Korea to challenge the outcome of the UDRP proceeding. See Exhibit M.

30.     Ann's registration and misuse of the Domain Name is a flagrant attempt to subvert the purpose of domain-name use and registration and to circumvent the authority of the domain-name registration system.

31.     The Domain Name is confusingly similar to the famous THOMSON trademark owned by Thomson, as well as to the famous REUTERS trademark owned by Reuters. The THOMSON and REUTERS marks were both famous and distinctive at the time the Domain Name was registered. The Domain Name fully incorporates the THOMSON and REUTERS marks, and therefore causes a likelihood of confusion. The Domain Name is confusingly similar to the THOMSON and REUTERS marks individually and to the new THOMSON REUTERS mark.

32.     Ann has no rights or legitimate interests with respect to the Domain Name. The Domain Name bears no relationship to the business of Ann. Ann is not commonly known by the Domain Name and has no relationship with or permission from either Thomson or Reuters for the use of their marks. Ann has not been given a license by either of the Plaintiffs.

33.     Ann is not making a legitimate noncommercial or fair use of the Domain Name. Rather, Ann has failed to make any active use of the Domain Name. Ann's registration of the Domain Name can only be viewed as a bad-faith attempt to confuse consumers and capitalize on the famous THOMSON and REUTERS marks, and to profit from the domestic and international goodwill that Thomson and Reuters have built up in their well-known trademarks. If Ann possessed a legitimate intention to create a noncommercial website, there is no innocent explanation for his choice to register and use the combined name of two multinational companies on the very day that news outlets throughout the world carried stories on the proposed transaction between these companies.

34.     The fact that the Domain Name was registered on the very next day after Reuters announced that it had received an acquisition approach from a third party, which was widely reported to be Thomson, is evidence that the Domain Name was registered in bad faith.

35.     Ann has used the THOMSON and REUTERS marks to drive visitors to his website by leading visitors that type in the Domain Name to the Website, which contains Ann's email address, thus creating confusion as to Ann's affiliation with THOMSON and REUTERS.

36.     Even if Ann's claim that he registered the Domain Name for "non-profit purposes" were true, that is not enough to overcome the presumption of bad faith created by the highly suspicious timing of the registration of the Domain Name and by Ann's subsequent failure to actively use the Domain Name.

## COUNT ONE – CYBERPIRACY UNDER 15 U.S.C. § 1125(d)

37.     Plaintiffs hereby incorporate by reference and re-alleges the allegations contained in paragraphs 1-36, as if fully and expressly set forth herein.

38.     The Domain Name THOMSON-REUTERS.COM wholly incorporates Plaintiffs' trademarks. The Domain Name was not registered for any legitimate purpose, but rather to trade on Plaintiffs' fame and goodwill, constituting cyberpiracy.

39.     Plaintiffs are not affiliated with, do not sponsor or otherwise endorse the registrant of the Domain Name and have never authorized the registrant to use or register Plaintiffs' trademarks or any variations thereof.

40.     Upon information and belief, the Domain Name THOMSON-REUTERS.COM was registered with knowledge of Plaintiffs' rights in the trademarks THOMSON, REUTERS, and THOMSON REUTERS.

-10-

41.     Upon information and belief the registrant of the Domain Name has acted with the bad-faith intent to profit from Plaintiffs' famous, distinctive trademarks and the goodwill associated therewith within the meaning of 15 U.S.C. § 1125(d)(1).

42.     The registrant and user of the Domain Name, Ann, does not have any legal names or titles to justify use and registration of the Domain Name THOMSON-REUTERS.COM.

43.     Plaintiffs' inability to use the Domain Name is hindering their efforts to communicate information about the recent acquisition to customers, shareholders, and the general business community. As a result, Plaintiffs' reputation, business, and relations with customers have been and will continue to be adversely affected.

44.     The continued registration of the Domain Name violates 15 U.S.C. § 1125(d)(2)(A)(i) by infringing the valuable rights of (i) Thomson in its registered trademark, (ii) Reuters in its registered trademark, and (iii) the Plaintiffs in their combined interest in the THOMSONREUTERS mark protected under 15 U.S.C. § 1125(a).

45.     The registration and use of the Domain Name constitutes cyberpiracy in violation of 15 U.S.C. § 1125(d).

### COUNT TWO – TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114(1)

46.     Plaintiffs hereby incorporate by reference and realleges the allegations contained in paragraphs 1-36, as if fully and expressly set forth herein.

47.     The Domain Name THOMSON-REUTERS.COM is confusingly similar to the THOMSON and REUTERS trademarks owned by Plaintiffs and in which Plaintiffs have exclusive rights, as evidenced by their incontestable federal trademark registrations for such marks.

48.     The unauthorized use of Plaintiffs' federally registered trademarks infringes on Plaintiffs' exclusive rights in the marks in violation of Section 15 U.S.C. § 1114(1), in that the public is likely to be or has been confused, mistaken or deceived regarding the source or sponsorship of the Domain Name or by the appearance of a relationship between Plaintiffs and the Domain Name.

49.     Plaintiffs' marks are being used in the Domain Name with knowledge that they are associated exclusively with Plaintiffs. This conduct, in registering and using the Domain Name, is intentionally fraudulent, willful, and intentional to benefit from Plaintiffs' goodwill in their trademarks.

50.     This conduct is causing immediate and irreparable injury to Plaintiffs, and to their goodwill and reputation, and will continue to damage Plaintiffs and deceive the public unless enjoined by this Court. Plaintiffs have no adequate remedy at law.

## COUNT THREE – DILUTION UNDER 15 U.S.C. § 1125(c)

51.     Plaintiffs hereby incorporate by reference and re-alleges the allegations contained in paragraphs 1-36, as if fully and expressly set forth herein.

52.     Plaintiffs' THOMSON and REUTERS trademarks are inherently distinctive and have gained widespread public recognition throughout the U.S. and globally.

53.     When the Domain Name at issue was registered on May 5, 2007, Plaintiffs' THOMSON and REUTERS marks had already achieved a high degree of famousness and goodwill.

54.     The Domain Name THOMSON-REUTERS.COM deceives the public in that it is confusingly similar to Plaintiffs' trademarks.

55. Plaintiffs' trademarks are injured and diluted by the Domain Name through blurring the distinctiveness of the THOMSON and REUTERS trademarks and tarnishment of those marks.

56. The Plaintiffs have no control over the content with which the Domain Name is being used.

57. Based on the foregoing, the Domain Name intentionally dilutes the distinctive quality of the famous THOMSON and REUTERS trademarks in violation of 15 U.S.C. § 1125(c).

## COUNT FOUR – UNFAIR COMPETITION UNDER 15 U.S.C. § 1125(a)

58. Plaintiffs hereby incorporate by reference and re-allege the allegations contained in paragraphs 1-36, as if fully and expressly set forth herein.

59. The Plaintiffs' trademarks have become famous through the U.S. and globally, as a result of their extensive advertising efforts and campaigns, as well as their long-standing use.

60. The Domain Name unlawfully trades on the value of Plaintiffs' fame and the goodwill established in their names and trademarks.

61. It is likely that internet users encountering the Domain Name will associate the Domain Name with Plaintiffs and are therefore likely to be confused and believe that Plaintiffs have authorized or sponsored the registration of the Domain Name or have otherwise endorsed the Domain Name and/or the registrant of the Domain Name.

62. The Domain Name is deceptive as it is confusingly similar to Plaintiffs' exclusive trademark rights in and to THOMSON, REUTERS, and THOMSON REUTERS.

63. As a result of the aforementioned, the Domain Name is being used in unfair competition in violation of 15 U.S.C. § 1125(a).

WHEREFORE, Plaintiff prays for Judgment as follows:

a.  For an Order that the defendant Domain Name has violated 15 U.S.C. §§ 1114(1), 1125(a), (c) & (d).

b.  The domain name THOMSON-REUTERS.COM be immediately transferred to the Plaintiffs in accordance with 15 U.S.C. §§ 1125(d)(2)(D)(i) and (d)(l)(C).

c.  For such other further relief as the Court shall deem just and appropriate.

Dated: May 13, 2008

Respectfully submitted,

Alexandre A. Montagu                Michael E. Tucci
(not admitted to practice in Virginia)   Virginia Bar No. 32523
  alex@montagulaw.com                 mtucci@stinson.com
Thomas S. Walsh                     Stinson Morrison Hecker LLP
(not admitted to practice in Virginia)   1150 18th Street, N.W., Suite 800
  tom@montagulaw.com                 Washington, DC 20036
Alexandre A. Montagu, P.C.           Tel: (202) 785-9100
1060 Park Avenue                    Fax: (202) 785-9163
Suite 10C
New York, NY 10128
Tel: (212) 996-1287
Fax: (212) 996-9579

Attorneys for Plaintiffs
Thomson Canada Limited and
Reuters Limited

-14-

## VERIFICATION OF COMPLAINT

I, Carolyn Blankenship, a citizen of the United States, hereby declare under penalty of perjury that I am the Vice President, Associate General Counsel, Intellectual Property at Thomson Reuters and I have read the foregoing Verified Complaint and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY

     May 12, 2008

_____

Carolyn Blankenship

# EXHIBIT A

Int. Cls.: 9, 16, 35, 36, 37, 38 and 42

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101, 102, 103, 104 and 106

Reg. No. 2,222,475

United States Patent and Trademark Office

Registered Feb. 9, 1999

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## REUTERS

REUTERS LIMITED (UNITED KINGDOM CORPORATION)
85 FLEET STREET
LONDON, EC4P 4AJ, UNITED KINGDOM

FOR: PRE-RECORDED AUDIO AND VIDEO COMPACT DISCS FEATURING FINANCIAL DATA; READ-ONLY MEMORY COMPACT DISCS FEATURING FINANCIAL DATA; COMPUTER OPERATING PROGRAMS; COMPUTER PROGRAMS FOR USE IN TRADING STOCKS AND BONDS; COMPUTER SOFTWARE RELATING TO THE COLLECTION AND DISTRIBUTION OF DATA, FINANCIAL EXCHANGES, SHARE DEALING, STOCK DEALING, FINANCIAL TRANSACTIONS AND NEWS AGENCIES; BLANK MAGNETIC DATA MEDIA; BLANK OPTICAL DATA MEDIA; BLANK MAGNETIC DISCS; MAGNETIC ENCODED CARDS; USER INTERFACES FOR COMPUTERS; TELEPRINTERS; TELEVISION APPARATUS, NAMELY, TELEVISION SCREENS; TELECOMMUNICATION APPARATUS AND INSTRUMENTS, NAMELY, FACSIMILE MACHINES; COMPUTERS; COMPUTER KEYBOARDS; COMPUTER PERIPHERAL DEVICES; PRINTERS FOR USE WITH COMPUTERS; MODEMS; COMPUTER MOUSE; COMPUTER TERMINALS, AND INSTRUCTION MANUALS FOR USE WITH THE AFORESAID GOODS, SOLD AS A UNIT THEREWITH, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1964; IN COMMERCE 0-0-1964.

FOR: NON-FICTION BOOKS, PERIODICALS AND PUBLICATIONS, NAMELY, BROCHURES, PAMPHLETS AND MAGAZINES IN THE FIELD OF THE PROVISION OF FINANCIAL AND COMMERCIAL INFORMATION AND NEWS, AND CURRENT AFFAIRS; PRINTED INSTRUCTIONAL AND TEACHING MATERIAL RELATING TO ECONOMIC AND FINANCIAL INFORMATION, COMPUTER HARDWARE AND COMPUTER SOFTWARE AND NEWS AND CURRENT AFFAIRS; PHOTOGRAPHIC PRINTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1865; IN COMMERCE 0-0-1865.

FOR: ADVERTISING SERVICES, NAMELY, DISSEMINATING THE ADVERTISING MATTER OF OTHERS; BUSINESS APPRAISAL SERVICES; BUSINESS INFORMATION SERVICES; BUSINESS INVESTIGATION SERVICES; COMMERCIAL INFORMATION AGENCIES; ECONOMIC FORECASTING SERVICES; RENTAL OF OFFICE MACHINERY AND EQUIPMENT; BUSINESS RESEARCH SERVICES; PROVIDING STATISTICAL INFORMATION; PROVIDING TAX ESTIMATES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1865; IN COMMERCE 0-0-1865.

FOR: FINANCIAL ANALYSIS; FINANCIAL CONSULTANCY; FISCAL ASSESSMENTS; STOCK EXCHANGE PRICE QUOTATIONS; ELECTRONIC FUNDS TRANSFERS; PROVIDING INFORMATION SERVICES IN THE FIELDS OF ECONOMIC, FINANCIAL, MONE-

TARY AND STOCK EXCHANGE INFORMA-
TION, CURRENCY TRADING INFORMATION;
PROVIDING FINANCIAL INFORMATION ON
BONDS, WARRANT BONDS, COMMERCIAL
SALES, AND EXCHANGE AND INVESTMENT
TRUSTS, IN CLASS 36 (U.S. CLS. 100, 101 AND
102).

FIRST USE 0-0-1865; IN COMMERCE
0-0-1865.

FOR: INSTALLATION, MAINTENANCE
AND REPAIR OF COMPUTER HARDWARE,
PERIPHERAL DEVICES AND COMPUTER
SYSTEMS, IN CLASS 37 (U.S. CLS. 100, 103 AND
106).

FIRST USE 0-0-1964; IN COMMERCE
0-0-1964.

FOR: TELECOMMUNICATIONS SERVICES,
NAMELY, PROVIDING TELECOMMUNICA-
TIONS CONNECTIONS TO A GLOBAL COM-
PUTER NETWORK; BROADCASTING SERV-
ICES, NAMELY, TELEVISION, RADIO AND
CABLE TELEVISION BROADCASTING SERV-
ICES; COMMUNICATION BY COMPUTER TER-

MINALS, NAMELY, ELECTRONIC TRANSMIS-
SION OF DATA, MESSAGES, AND DOCU-
MENTS VIA COMPUTER TERMINALS; COM-
PUTER-AIDED TRANSMISSION OF DATA,
MESSAGES, INFORMATION AND IMAGES;
ELECTRONIC MAIL SERVICES; ELECTRONIC
TRANSMISSION OF MESSAGES; RENTAL OF
MESSAGE SENDING APPARATUS; TELE-
GRAPH SERVICES, IN CLASS 38 (U.S. CLS. 100,
101 AND 104).

FIRST USE 0-0-1967; IN COMMERCE
0-0-1967.

FOR: MAINTENANCE OF COMPUTER
SOFTWARE, IN CLASS 42 (U.S. CLS. 100 AND
101).

FIRST USE 0-0-1964; IN COMMERCE
0-0-1964.

OWNER OF U.S. REG. NOS. 1,004,206,
1,008,638, AND 1,710,329.

SER. NO. 75-364,104, FILED 9-29-1997.

KATHY DE JONGH, EXAMINING ATTORNEY

# EXHIBIT B

Skip to content

# Press releases

## Press release list

### Statement Regarding Share Price Movement

**Friday, May 04, 2007**

The board of Reuters Group PLC ("Reuters") notes the recent move in the Reuters share price. The board of Reuters confirms it has received a preliminary approach from a third party which may or may not lead to an offer being made for Reuters. There is no certainty an offer will be made or necessary approvals, including those required under Reuters constitution, will be received.

A further announcement will be made when appropriate.

**ENDS**

**Investors**
Miriam McKay
Tel: +44 (0) 20 7542 7057
miriam.mckay@reuters.com

**Press**
Steve Clarke
Tel: +44 (0) 207 542 6865
steve.clarke@reuters.com

Go back to the list of Press Releases

© 2007
Reuters Group PLC. Registered office: The Reuters Building, South Colonnade, Canary Wharf, London E14 5EP, UK. Registered number: 3296375. Registered in England and Wales.

# EXHIBIT C

# INTERNATIONAL
# Herald Tribune

## Reuters shares rise on news of takeover offer

**Reuters**
Friday, May 4, 2007

**LONDON:** Financial news and information provider Reuters Group Plc said on Friday it had received a preliminary takeover approach from an unidentified suitor, sending its shares up as much as 30 percent.

Earlier, traders had reported market speculation of a 600-pence-a-share bid from Canada's Thomson Corp or Rupert Murdoch's News Corp.

Reuters declined further comment. Thomson Corp declined to comment. News Corp could not immediately be reached.

At 0935 GMT, Reuters shares were up 27.5 percent at 627-1/2 pence, valuing the business at about 7.9 billion pounds ($15.7 billion). They had earlier touched a 5-year high of 644 pence.

"We believe the most likely bidder is Thomson, which is already a player in the financial space and, with the sale of its College Education business for $5 billion well advanced, has the firepower to fund a deal," Numis Securities analysts wrote in a research note. They forecast any bid was likely to be in the range of 610 pence a share to 660 pence.

"The board of Reuters confirms it has received a preliminary approach from a third party which may or may not lead to an offer being made for Reuters," Reuters said in its statement.

"There is no certainty an offer will be made or necessary approvals, including those required under Reuters constitution, will be received."

Under Reuters ownership structure, a single golden share held by The Reuters Founder Share Co. can block a hostile bid.

The Reuters Founder Share Co is run by 15 trustees, charged with ensuring the "independence, impartiality, integrity and freedom from bias" of the global news organisation.

An agreed bid, however, would be possible.

Rupert Murdoch's News Corp has bid $5 billion for Dow Jones & Co Inc, but the offer has been turned down by Dow Jones' controlling family. Dow Jones owns The Wall Street Journal newspaper and is a rival with Reuters, Thomson and privately-owned Bloomberg in providing real-time financial news.

News of Murdoch's bid for Dow Jones on Tuesday sparked a wave of speculation about further consolidation in the media sector.

Thomson moved last year to expand its financial news content by buying London-based AFX News for around $20 million. The new Thomson-branded service is expected to launch by the end of next month.

Notes:

**ADVERTISER LINKS**

**American Express® Cards**
Great Card Offers from American Express. Compare and Apply Online!
www.americanexpress.com

**IHT**    Copyright © 2007 The International Herald Tribune | www.iht.com



Enter Symbol(s) or Keyword(s)     GO     Advanced Search >

Learn more about the next step beyond mutual funds



New podcasts from
MarketWatch.com!
Listen now »

**FRONT PAGE** ▼     **NEWS & COMMENTARY**

Herb Greenberg     Columnists     Special Reports ▼     Blogs     Podcasts     Industry News ▼

Economy & Politics ▼     Newsletters ▼

# FT: Reuters looks set to endorse Thomson offer

*By Gabriel Madway*
*Last Update: 3:47 PM ET May 4, 2007*

SAN FRANCISCO (MarketWatch) -- In an unsourced report, the Financial Times
reported Friday that Reuters Group (RTRSY) (UK:RTR) appears willing to
recommend an acquisition offer from Thomson Corp. (TOC) . Earlier Friday,
Reuters disclosed that it has received "a preliminary approach from a third party
which may or may not lead to an offer being made." The bidder is reported to be
Canada's Thomson. Shares of U.K.-based Reuters jumped 26% to close at
615.75 pence on the London Stock Exchange. ⊡

Site Index  |  Archive  |  Help  |  Feedback  |  Membership  |  Premium Products  |  Mobile  |  RSS  |  Podcasts  |  Company Info  |  Advertising Media Kit  |  Dow Jones Client Solutions

The Wall Street Journal Digital Network:
WSJ.com  |  Barron's Online  |  BigCharts  |  Virtual Stock Exchange  |  All Things Digital  |  MarketWatch Community
CareerJournal.com  |  CollegeJournal.com  |  OpinionJournal.com  |  RealEstateJournal.com  |  Financial news online  |  WSJ.com Entrepreneur

MarketWatch
Copyright © 2007 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service and Privacy Policy.
FT: Reuters looks set to endorse Thomson offer - MarketWatch

Intraday data provided by Comstock, a division of Interactive Data Corp. and subject to terms of use. Historical and
current end-of-day data provided by FT Interactive Data. More information on NASDAQ traded symbols and their
current financial status. Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. Dow
Jones IndexesSM from Dow Jones & Company, Inc. SEHK intraday data is provided by Comstock and is at least
60-minutes delayed. All quotes are in local exchange time.

# TheStreet.com

Introducing the

*arcitec*

Learn More ▷



*Brought to you by* **PHILIPS**

**℮ NORELCO**

Media/Entertainment

## Reuters Jumps on Possible Bid
### By TSC Staff
**5/4/2007 4:16 PM EDT**
URL: http://www.thestreet.com/newsanalysis/mediaentertainment/10354810.html

*Updated from 7:45 a.m. EDT*

**Reuters** (RTRSY) surged 27% Friday after saying it got a takeover bid from an unnamed suitor, which is widely believed to be rival financial information conglomerate **Thomson** (TOC) .

Early Friday, London-based Reuters said it had a "preliminary approach from a third party which may or may not lead to an offer being made" for the company.

Several media outlets reported that the potential buyer is Thomson, which is selling its education business and could therefore have the necessary cash. Late Friday, the *Financial Times* reported that Reuters is set to endorse the offer.

Thomson declined to comment on the report.

Shares of Reuters climbed $16.06 to $75 Friday.

# TheStreet.com



*Introducing the*
**arc**i*tec*

*Learn More* ▷

*Brought to you by* **PHILIPS**
**ⓔ NORELCO**

Media/Entertainment
## Media Makes a Comeback
**By Nat Worden**
**TheStreet.com Staff Reporter**
**5/4/2007 2:34 PM EDT**
URL: http://www.thestreet.com/newsanalysis/mediaentertainment/10354969.html

Strange things are afoot in the media.

The sector is steeped in uncertainty as the business models of yore get ravaged by the new technologies of a digital age. But valuations are on the rise in the wake of **News Corp.'s** (NWS) monster bid for **Dow Jones** (DJ) , and other strategic buyers flush with cash appear to be getting itchy trigger fingers.

"Anytime a major player like Dow Jones comes into play, or someone makes an unsolicited bid like this, it makes other buyers and sellers take a hard look at the market," says Michael Goodman, analyst with the Yankee Group. "It may make them nervous, or it may embolden them. Such periods of change are some of the most fertile times for deals to get done."

Dow Jones' controlling family, the Bancrofts, have signaled initial resistance to accepting News Corp.'s $5 billion buyout bid, which offers them a 67% premium to the company's market value Monday, the day before the offer was made public. But News Corp.'s CEO, Rupert Murdoch, will continue to press his case while Wall Street hungers for a deal.

Shares of Dow Jones were recently up 16 cents, or 0.3%, to $55.93, leaving them up 54% from Monday's closing price.

Meanwhile, shares of Dow Jones' longtime competitor in financial news publishing, Britain's **Reuters Group** (RTRSY) , rocketed up 25% to $73.60 on Friday after the company said it received a preliminary takeover approach.

Reuters didn't name its suitor, but *The Globe and Mail* newspaper of Canada reported, citing unnamed sources, that the buyout offer came from **Thomson Corp** (TOC) .

Jason Stewart, a spokesman for Thomson, said the company "will not comment on rumors or speculation." A spokeswoman for Reuters also declined to comment.

Elsewhere, the *New York Post* reported Friday that **Microsoft** (MSFT) has asked **Yahoo!** (YHOO) to enter formal negotiations for an acquisition that could be worth $50 billion -- a 31% premium to Yahoo!'s market value on Thursday.

Yahoo!, one of the leading distributors of financial news on the web, may not hold the same allure to Microsoft CEO Steve Ballmer that Dow Jones' flagship newspaper, *The Wall Street Journal*, holds for Rupert Murdoch, but a $50 billion offer is still a hefty premium by Wall Street's standards. Shares of Yahoo! were recently up $4.78, or 17%, to $32.96.

"Yahoo! and Microsoft really need each other now to compete with **Google** (GOOG) ," says Harold Vogel, analyst with Vogel Capital Management. "Microsoft has really been caught flat-footed here. They could have made a high bid for Yahoo! years ago [when it was cheap] like Murdoch is doing now for Dow Jones, but they didn't. They waited, and now they're feeling the heat."

Speculation swirled around media players. Shares of News Corp.'s archrival, **Time Warner** (TWX) , were recently up 31 cents, or 1.5%, to $21.36. Its CEO, Dick Parsons, told *CNBC* on Thursday that private-equity buyers had inquired about buying its Internet business, AOL. He also said there were no plans to sell the company's magazine publishing business, Time Inc. Time Warner stock is up 2.2% since Monday.

Shares of **Viacom** (VIA.B) have traded flat, but **Disney** (DIS) shares are up 2.3% for the week.

Shares of newspaper publishers have caught fire since the Murdoch bid. **New York Times** (NYT) has added 11% on speculation that a buyer could launch a Murdoch-like bid to win control of the Gray Lady. **Gannett** (GCI) is up 3% for the week and **McClatchy** (MNI) has added 1.8%.

" [News Corp.'s move] could spark a wave of mega-mergers in the space," says Dan Primack, editor of PEHub.com. "Some people will get bigger, while others will get smaller or go away. A lot of strategic buyers are probably taking a look at Dow Jones with the idea that if News Corp. succeeds, it may turn around and sell off some pieces of the company."

A spokeswoman for **Bloomberg**, a privately held financial news publisher, could not be reached for comment on the action, but the company has said previously it has no interest in bidding for Dow Jones. **General Electric** (GE) ,

which owns *CNBC*, a business cable news channel that has a content-sharing partnership with Dow Jones, also said it has no interest. Its shares were recently down 9 cents, or 0.2%, to $37.25, but they're up 1% for the week.

The publisher of this Web site, **TheStreet.com** (TSCM) , was recently trading down a few pennies, but its shares have climbed 2.6% for the week.

"When the dust settles from all this, you'll get a return to normalcy in some of these valuations," says Goodman. "If News Corp. succeeds but nobody else acquires anyone else, a lot of these other valuations are going to go back down."



Gary Knott
Ruskinn
Life Sciences Ltd.

# Learn more:

www.ibwales.com



International
Business Wales

# Forbes
.com

Market Scan

# Mystery Bidder Puts Reuters In Play

Parmy Olson, 05.04.07, 8:20 AM ET

LONDON –Just a few weeks ago, it seemed like you couldn't give news organizations away. Now, with **Dow Jones** the subject of $5 billion unsolicited bid from Rupert Murdoch, **Reuters Group** also finds itself on the auction block. Shares in the British news company skyrocketed 25.0%, or 123.5 pence ($2.45), to 615.50 pence ($12.23), on Friday afternoon in London after it revealed that it too had drawn the attention of a potential buyer.

The company said in a statement that it had received an approach from an unnamed third party that "may or may not lead to an offer" for the company. The statement was released after shares in Reuters surged in morning trade, which, according to a Reuters news report, was caused by speculation that a 600 pence ($11.92) per share bid could come from media conglomerate **Thomson** or Rupert Murdoch's News Corp."There is no certainty an offer will be made or necessary approvals, including those required under Reuters constitution, will be received," the company said.

One analyst who did not wish to be named said Thomson was currently the most likely candidate for buying Reuters because a merger between the two would make industrial sense. Thomson is selling its education division, Thomson Learning, meaning that there should be money available for an acquisition.

Reuters also looks attractive because of several new products it has in the works, most notably FX MarketsSpace, a 50-50 joint venture with the Chicago Mercantile Exchange. Reuters is spending about $45 million on the project, and if successful, it could add between 40 pence (79 cents) and 50 pence (99 cents) to the company's share price, the analyst said.

The company, which has a workforce of 15,300, has been trying to boost sales by focusing on new areas of business and expanding geographically, last year having opened up its first wholly owned development center in Beijing.

Though it unveiled a 30% drop in full-year profit for 2006, it had slightly-better-than-expected sales of £626 million ($1.2 billion) for the first quarter and was upbeat about all of 2007.

Market confidence in the company has also improved in recent months. Its share price has risen around 10% since the beginning of the year as concerns about its restructuring program have abated, the analyst said.

Reuters Group has around 200 news bureaus around the globe, making it the world's largest international news agency. Late last year it sold its 50% stake in news and information joint venture Factiva to Dow Jones for about $160 million.

Though the initial bid for Dow Jones by Murdoch is unlikely to pass, since members of the controlling Bancroft family are keen to vote against it, it almost certainly spurred the mooted bidders of Reuters to act quickly as market chatter buoyed share prices across the sector. (See: "Dow Jones Bid Boosts Competitors") "Whoever is was had to make a move before the stock went to high," the analyst said.

The interest in Dow and Reuters follows a bidding war for Tribune, the Chicago-based media conglomerate that owns the *Los Angeles* Times and the *Chicago Tribune*. (See: "Zell's Bid Wins")

**The New York Times**
Tuesday, November 13, 2007

# Business

◉ Business ○ All
NYT

Search

E*TRADE

WORLD   U.S.   N.Y./REGION   BUSINESS   TECHNOLOGY   SCIENCE   HEALTH   SPORTS   OPINION   ARTS   STYLE   TRAVEL   JOBS   REAL ESTATE   AUTOS

MEDIA & ADVERTISING   WORLD BUSINESS   SMALL BUSINESS   YOUR MONEY   DEALBOOK   MARKETS   RESEARCH   MUTUAL FUNDS   MY PORTFOLIO   ALERTS

# DealBook

Edited by Andrew Ross Sorkin

SEARCH DEALBOOK

Go

Sponsored by  Capgemini

DEALBOOK HOME | MERGERS & ACQUISITIONS | INVESTMENT BANKING | I.P.O. / OFFERINGS | PRIVATE EQUITY | HEDGE FUNDS | VENTURE CAPITAL | LEGAL | JOBS

## Reuters Receives Takeover Approach
MAY 4, 2007, 8:35 AM

| | | |
|---|---|---|
| Link to This | TOPICS | Mergers & Acquisitions |
| E-mail This | INDUSTRIES | Financial Services, Media |

There's another media megadeal in the air.

Days after **Dow Jones & Company** disclosed a $5 billion takeover offer from Rupert Murdoch, **Reuters Group**, the world's largest publicly traded provider of financial data, said it had been approached by an unidentified suitor.

The company making the approach appears to be Thomson of Canada.

The Financial Times reported on its Web site on Friday that executives for Thomson and Reuters had met this week to discuss a takeover. The approach by Thomson was described by the paper as "friendly."



Citing unnamed sources, The Globe and Mail also reported on Friday that Thomson was in talks with Reuters. Those sources told the paper, however, that Thomson's offer was not a reaction to the **News Corporation** bid for Dow Jones.

Previous reports had said that the acquirer was either Thomson or News Corporation, with either making a 600-pence-a-share offer that valued Reuters at 7.5 billion pounds. Shares in Reuters have since risen to 624.25 pence a share on the London Stock Exchange, giving it a market value of 7.8 billion pounds.

"We believe the most likely bidder is Thomson, which is already a player in the financial space and, with the sale of its College Education business for $5 billion well advanced, has the firepower to fund a deal," Numis Securities analysts wrote in a research note. They forecast any bid was likely to be in the range of 610 pence a share to 660 pence.

An unnamed investment banker in London told The Globe and Mail that private equity firms may also take an interest in Reuters.

News of a possible bid sent Reuters' shares up 31 percent, giving the company a market capitalization of 7.9 billion pounds ($15.7 billion).

While the company is widely known as a news service, more than 90 percent of its revenues come from its financial services business, which includes trading systems.

Last year, Reuters reported net income of 305 million pounds, with cash on hand of 339 million pounds and net debt of 678 million pounds.

As for the possible bidders, While Mr. Murdoch seems intent on seeing his bid for Dow Jones through to a final conclusion, the Bancroft family, Dow Jones' controlling shareholder, is currently opposing the bid.

The Financial Times' Alphaville blog notes that Thomson, valued at $28 billion and listed

**LATEST DEALBOOK HEADLINES**

**MERGERS & ACQUISITIONS▸**

Diller: I'd Be 'at the Door' in AOL Auction

What's Next for E*Trade?

Sun Capital Said to Threaten Hostile Bid for Kellwood

**INVESTMENT BANKING▸**

Goldman Sachs's $6 Billion Word

Citi Reorganizes Its Capital Markets Group

For Barclays' Diamond, Succession Is a No-Brainer

**I.P.O./OFFERINGS▸**

Vodafone Considers Selling Vodacom Shares in I.P.O.

Private Equity-Backed CDM Resource Plans $140 Million I.P.O.

Formula One's Lewis Said to Eye I.P.O. – Of Himself

**PRIVATE EQUITY▸**

Terra Firma Said to Unveil EMI Plans

The Buyout Boom Is Alive and Well, In China.

Nuptials in the Schwarzman Family

**HEDGE FUNDS▸**

Fortress Posts Loss for 3rd Quarter

Hedge Fund Targeted By Overstock Countersues

Lampert Said to Lose $4.47 Billion in 3rd Quarter

**VENTURE CAPITAL▸**

Cisco Launches Eastern European Venture Fund

Accel Closes $520 Million Investment Fund

Kleiner's New Political Rainmaker

**LEGAL▸**

Countrywide Warns Against a Junk-Bond Rating

Officials Accused in Samsung Bribery Scandal

Investors Flee E*Trade; Will Depositors Follow?

in New York and Toronto, is certainly big enough to swallow the iconic British media and market information group. What's more, the blog says, Thomson announced a substantial re-alignment of its business back in October, when it said it would sell its sizable education business.

While it was not clear whether Reuters welcomed the bid, a provision in the Reuters constitution would severely hamper any suitor contemplating a hostile bid.

Under Reuters ownership structure, a single golden share held by The Reuters Founder Share Co. can block a hostile bid. The Reuters Founder Share Co is run by 15 trustees, charged with ensuring the "independence, impartiality, integrity and freedom from bias" of the global news organization.

As the company states on its website under "Independence & Trust Principles":

"If the directors of Reuters Founders Share Company believe that any person, together with any associates, is seeking to obtain or has obtained control of Reuters, they may require the special voting rights attaching to the Founders Share to be exercised. "Control" for this purpose means the ability to control the exercise of 30 percent or more of the votes which may be cast on a poll at general meetings of Reuters Group PLC."

Reuters said Friday that "there is no certainty an offer will be made or necessary approvals, including those required under Reuters constitution, will be received."

Go to Article from The New York Times »
Go to Article from Reuters via the International Herald Tribune »
Go to Article from Bloomberg News »
Go to Item from Alphaville »
Go to Previous Article from Reuters via MSN Money »

**5 comments so far...**

1. **May 4th, 2007 9:01 am**

   Wow, I guess this is just the beginning of the "liberal" media really being run by only one man. Wait a minute, isn't FOX news famous for being a neo-con mouthpiece. Oops, looks like all of those hate-monger Christian Coalition types will have to demonise their own media from now on. If Reuters and Dow Jones go to Murdock, we may as well just throw our radios and TVs out the window. (Unless hours of neo-con fascist talking point propaganda can be considered urgent and informative news.)

   — Posted by J Tuhtan

2. **May 4th, 2007 10:42 am**

   That's a bit unfair. Like everything, the free market will judge if the quality of reporting falters - this is a business transaction to complement the WSJ with existing news assets - not a grab for right wing platform space.

   — Posted by Rod

3. **May 4th, 2007 12:19 pm**

   I think the truth is somewhere in the middle of comment #1 and #2. It may very well be a grab for "right wing platform space," but the free market will quickly abolish that if it's true.

   — Posted by Dave

4. **May 4th, 2007 12:52 pm**

   As a long time subscriber to the WSJ and an occasional reader of the NYT I am not at all pleased with the prospect of Mr. Murdoch taking over. I do not think it is a coincidence that the best newspapers in the country tend to be family controlled.

   That said, I do respect Mr. Murdoch and what he has accomplished. I think he could potentially help the WSJ financially. Outside of the editorial page, the WSJ does about as good a job of getting the facts straight and being fair as can be done. If the news content does not get turned into the Fox News version of fair and balanced then the WSJ may do just fine under Mr. Murdoch. But, I will have to think about my subscription dollars going to the NYT instead.

   — Posted by Paul

5. **May 4th,**    I'm neither liberal or conservative, but seriously Fox News is to real news

**DEALBOOK NEWS BY INDUSTRY**



Airlines / Autos

Energy / Utilities

Healthcare

Retail / Leisure

Basic Industries

Financial Services

Media

Technology

Consumer Goods

Food & Beverage

Real Estate

Telecom

**Get DealBook by E-Mail**

Sign up for finance news, sent before the opening bell. See Sample

dixeropkin@alm.com  Sign Up

Change E-mail Address  |  Privacy Policy



The New York Times    TECH

nytimes.com/tech

**What happened to Alicia Keys's MySpace page?**

Also in Tech:
Facebook's new ads
Darth Gore to Senator Obama: I am your father
More from Bits

**2007**
**9:36 pm**

as the WWE (aka World Wrestling Federation, formerly) is to professional sports; its news entertainment:news, not news. Just listen to some of the utterly ridiculously biased and un-ashamed hoopla that gets mouthed off by all of the 'pundits and experts' that appear throughout the day/night. In a world where most media is at least slightly biased in one direction or another, Fox/Murdoch ownership of Reuters, Dow Jones, etc would be catastrophic for society at large (although as another commenter pointed out Murdoch could probably help the WSJ improve its financial performance - albeit likely at the expense of its integrity/quality).

— Posted by jt

## Add your comments...

**Name**                              *Required*

**E-mail**                            *Required (will not be published)*

**Comment**

Submit Comment

*Comments are moderated and will be posted if they are on-topic and not abusive.*
*They may be edited for length and clarity. For more information see our Member Agreement.*

Home   World   U.S.   N.Y./Region   Business   Technology   Science   Health   Sports   Opinion   Arts   Style   Travel   Jobs   Real Estate   Autos   Back to Top

Copyright 2008 The New York Times Company    Privacy Policy   Search   Corrections    XML   Help   Contact Us   Work for Us   Site Map

# EXHIBIT D

 
# NEWS RELEASE

May 8 2007

## Thomson and Reuters in discussions to form global leader in business-to-business information services

The boards of The Thomson Corporation ("Thomson") and Reuters Group PLC ("Reuters") confirm that they are in discussions for the combination of their two businesses. Both boards believe there is a powerful and compelling logic for the combination which would create a global leader in the business-to-business information markets. This transaction would also create enhanced value for shareholders through the delivery of in excess of US$500 million of annual synergies expected to be achieved within three years. The market activity from last Friday and attendant speculation occurred prior to discussions being completed and, as this is a large and complex transaction, much has still to be resolved and there can be no assurance that agreement will be reached.

Under these circumstances, both boards thought that it was in the shareholders' interests to clarify the status of the discussions as they related to a number of the material aspects of the potential transaction. These are as follows:

The enlarged Group would be called Thomson-Reuters and the combined Thomson Financial unit and Reuters financial and media businesses would be called Reuters.

Key proposed terms:

- Combination to be effected by the creation of a Dual Listed Company structure by means of an equalisation agreement with both companies' primary listings being maintained. The structure is expected to facilitate retention of the existing equity index inclusions of the two companies.

- Each Reuters share would be entitled to 352.5 pence per share in cash and an equity participation based on an equalisation ratio of 0.1600 Thomson shares for each Reuters share.

- Based on the closing Thomson share price of C$48.46 on the Toronto Stock Exchange on Thursday, 3 May 2007, the day before the announcement by Reuters (and at an exchange rate of C$/£2.19795), this would value each Reuters share at 705

.pence representing a premium of 43% to the closing share price of Reuters on Thursday, 3 May 2007.

- Based on the closing Thomson share price and exchange rate on Monday, 7 May 2007 the day before this announcement, this would value each Reuters share at 697 pence per share.

- In addition, Reuters will declare a dividend of 12p for 2007, with 5p payable as an interim dividend and 7p payable as a final dividend subject to proportionate adjustment if closing occurs before year end. If closing occurs after the year end a proportionate 2008 dividend will also be paid. Thomson will also pay dividends in the ordinary course pending closing, including a proportionate adjustment to the date of closing.

- Based on the current issued share capital of Thomson and Reuters, Woodbridge, the Thomson family holding company, would own approximately 53 per cent. of Thomson-Reuters, other Thomson shareholders approximately 23 per cent. and Reuters shareholders approximately 24 per cent.

- Thomson-Reuters to adopt the Reuters Trust Principles and Reuters Founders Share Company structure. Thomson-Reuters and Woodbridge would support the Reuters Trust Principles and Woodbridge has further agreed that it would use its voting control to give effect to this support.

- The boards of the Dual Listed Companies to be identical and consisting of 15 Directors, five of whom are to be current Directors of Reuters (including a Deputy Chairman) and an additional one of whom to be the CEO. Of the remaining nine, not more than four to be from Woodbridge. Woodbridge to be entitled to nominate the Chairman.

- Woodbridge to use its voting control of Thomson to support the transaction.

Thomson President and CEO, Richard J. Harrington, 60, who led the transformation of the company from traditional publishing to electronic solutions, software and services, would retire at the successful completion of the transaction. Reuters CEO, Tom Glocer, 47, would become CEO of the combined company at that time.

It should be emphasised that discussions are at a stage where there can be no assurance that agreement will be reached. No transaction will be announced without the support of the Reuters Founders Share Company. This is a non-waivable pre-condition. Any announcement of a transaction pursuant to rule 2.5 of the Takeover Code would be subject to conditions including antitrust, regulatory and tax clearances and would require approval by both companies' shareholders (including amendments to both companies' constitutions).

A further announcement will be made in due course.

The Directors of each of Thomson and Reuters accept responsibility for the information contained in this document. To the best of the knowledge and belief of the respective Directors (who have taken all reasonable care to ensure that such is the case), the information contained in this document is in accordance with the facts and does not omit anything likely to affect the import of such information.

## Dealing Disclosure Requirements

Under the provisions of Rule 8.3 of the Takeover Code (the 'Code'), if any person is, or becomes, 'interested' (directly or indirectly) in 1% or more of any class of 'relevant securities' of Thomson or of Reuters, all 'dealings' in any 'relevant securities' of that company (including by means of an option in respect of, or a derivative referenced to, any such 'relevant securities') must be publicly disclosed by no later than 3.30 pm (London time) on the London business day following the date of the relevant transaction. This requirement will continue until the date on which the offer becomes, or is declared, unconditional as to acceptances, lapses or is otherwise withdrawn or on which the 'offer period' otherwise ends. If two or more persons act together pursuant to an agreement or understanding, whether formal or informal, to acquire an 'interest' in 'relevant securities' of Thomson or Reuters, they will be deemed to be a single person for the purpose of Rule 8.3.

Under the provisions of Rule 8.1 of the Code, all 'dealings' in 'relevant securities' of Thomson or Reuters by Thomson or Reuters, or by any of their respective 'associates', must be disclosed by no later than 12.00 noon (London time) on the London business day following the date of the relevant transaction.

A disclosure table, giving details of the companies in whose 'relevant securities' 'dealings' should be disclosed, and the number of such securities in issue, can be found on the Takeover Panel's website at www.thetakeoverpanel.org.uk.

'Interests' in securities' arise, in summary, when a person has long economic exposure, whether conditional or absolute, to changes in the price of securities. In particular, a person will be treated as having an 'interest' by virtue of the ownership or control of securities, or by virtue of any option in respect of, or derivative referenced to, securities. Terms in quotation marks are defined in the Code, which can also be found on the Panel's website. If you are in any doubt as to whether or not you are required to disclose a 'dealing' under Rule 8, you should consult the Panel.

## Notes to editors:

1.  The Dual Listed Company structure would enable Thomson and Reuters to combine their management and operations as a single economic entity while retaining their separate legal identities, primary listings and, it is intended, their existing index participations. This would be accomplished through contractual arrangements and amendments to each company's constitutional documents. On

implementation it is intended that the share capitals will be reorganised so that one Reuters share will be equivalent to one Thomson share, both companies will adopt the Thomson-Reuters name, and both companies will have identical Boards of Directors.

2. About The Thomson Corporation:

The Thomson Corporation (www.thomson.com) is a global leader in providing essential electronic workflow solutions to business and professional customers. With operational headquarters in Stamford, Conn., Thomson provides value-added information, software tools and applications to professionals in the fields of law, tax, accounting, financial services, scientific research and healthcare. The Corporation's common shares are listed on the New York and Toronto stock exchanges (NYSE: TOC; TSX: TOC).

3. About Reuters:

Reuters (www.reuters.com), the global information company, provides indispensable information tailored for professionals in the financial services, media and corporate markets. Through reuters.com and other digital properties, Reuters now also supplies its trusted content direct to individuals. Reuters drives decision making across the globe based on a reputation for speed, accuracy and independence. Reuters has 16,900 staff in 94 countries, including 2,400 editorial staff in 196 bureaux serving 131 countries.

4. Reuters ordinary shares trade on the London Stock Exchange (RTR.L) and ADRs trade on NASDAQ (RTRSY.O). One ADR is equivalent to 6 ordinary shares.

This press release includes forward-looking statements, such as The Thomson Corporation's and Reuters Group PLC's beliefs and expectations regarding the proposed combination of the two businesses. These statements are based on certain assumptions and reflect The Thomson Corporation's and Reuters Group PLC's current expectations. Forward-looking statements also include statements about The Thomson Corporation's and Reuters Group PLC's beliefs and expectations related to the proposed transaction structure and consideration, as well as the parties' ability to enhance shareholder value through the delivery of synergies. There can be no assurance that a definitive agreement will be signed by the parties, or that the proposed transaction will be consummated or that the anticipated benefits will be realised. The proposed transaction would be subject to various regulatory approvals and the fulfillment of certain conditions, and there can be no assurance that any such approvals will be obtained and/or such conditions will be met. All forward-looking statements in this press release are subject to a number of risks and uncertainties that could cause actual results or events to differ materially from current expectations. Some of the factors that could cause actual results or events to differ materially from current expectations are discussed in The Thomson Corporation's and Reuters Group PLC's respective

materials filed with the securities regulatory authorities in the United Kingdom, Canada and the United States (as the case may be) from time to time including The Thomson Corporation's 2006 Annual Report on Form 40-F and Reuters Group PLC's 2006 Annual Report on Form 20-F, each of which has been filed with the US Securities and Exchange Commission (SEC). Any forward-looking statements made by or on behalf of The Thomson Corporation or Reuters Group PLC speak only as of the date they are made. The Thomson Corporation and Reuters Group PLC each disclaim any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

This document does not constitute an offer for sale of any securities or an offer or an invitation to purchase any such securities. If and when the parties enter into a definitive agreement, transaction documents will either be furnished to or filed with the SEC. Holders of Reuters securities who are US persons or who are located in the United States are urged to read such documents if and when they become available before they make any decision with respect to any combination transaction. Such documents to be furnished or filed by Thomson and Reuters with the SEC will be available free of charge at the SEC's web site at www.sec.gov and from Thomson and Reuters. These documents will also be available for inspection and copying at the public reference room maintained by the SEC at 100 F Street, N.E., Washington, D.C. 20549, US. For further information about the public reference room, call the SEC at +1 800 732 0330.

**Contacts:**

**Reuters:**

**Investor Relations enquiries**

Miriam McKay
Global Head of Investor Relations, Reuters
+44 (0) 207 542 7057
+44 (0) 7990 567057
Miriam.mckay@reuters.com

**Media enquiries**

Ed Williams
Director of Corporate Affairs, Reuters
+44 (0) 207 542 6005
+44 (0) 7990 563717
Ed.williams@reuters.com

Nick Claydon
Brunswick Group LLP
+44 (0) 7974 982547
Nclaydon@brunswickgroup.com

**The Thomson Corporation:**

**Investor Relations enquiries**

Frank J. Golden
Vice President, Investor Relations
+1 (203) 539 8470
frank.golden@thomson.com

**US Media enquiries**

Jason Stewart
Vice President, Media Relations
+1 (203) 539 8339
jason.stewart@thomson.com

**UK Media enquiries**
James Leviton
Finsbury
+44 (0) 207 251 3801
james.leviton@finsbury.com